***E-Filed: May 20, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANET MCPHERSON, | No. C14-00191 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE:** |
| v. | **FAILURE TO PROSECUTE** |
| MEDIANEWS GROUP d/b/a THE MONTEREY COUNTY HERALD, | |
| Defendant. | |

Plaintiff Janet McPherson, acting pro se, filed a complaint against Medianews Group, Inc. in January 2014, and the initial case management conference was set for May 20, 2014. *See* Dkt. Nos. 1, 5. Also in January, the Court granted McPherson's application to proceed in forma pauperis (IFP) and her motion for permission for electronic case filing. *See* Dkt. Nos. 6, 7. Shortly thereafter, a clerk's notice was issued requesting defendant's address in order to issue the summons. *See* Dkt. No. 8. Another clerk's notice was issued reminding McPherson to file a consent or declination to proceed before a magistrate judge. *See* Dkt. No. 9. McPherson has not provided the clerk's office with defendant's address, filed a consent or declination to proceed before a magistrate judge, or submitted a case management statement, and she did not appear at the case management conference. Accordingly, McPherson is now **ORDERED to appear in person on June 3, 2014, at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, CA 95113, to show cause, if any, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C14-00191 HRL Notice will be mailed to:**

2 Janet McPherson
P.O. Box 981
3 Seaside, CA 93955

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**